427 A.2d 1205

Commonwealth v. Shelton, Appellant.

Submitted September 13, 1979. Herman Winderman, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.*

The petition to withdraw filed by counsel for appellant on February 19, 1980, is denied. The brief filed on behalf of appellant pursuant to our prior order and memorandum opinion is, for all practical purposes, a restatement of the previously rejected brief, and as such is wholly unsatisfac-

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.

tory. Counsel will file a new brief within thirty (30) days or risk sanctions.